UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD O. LOW, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:04CV131-SNL ) |
| CHARLES DWYER, | ) ) |
| Defendant. | ) |

## ORDER

On November 13, 2006 Hon. Terry I. Adelman recommended that the petition for Writ of Habeas Corpus be dismissed without further proceedings. This Court has examined the file and the report and recommendation and believes the report should be approved.

**IT IS THEREFORE ORDERED** that the report and recommendation of Hon. Terry I. Adelman is approved and the petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

Dated this 19th day of December, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE